UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21489-CIV-UNGARO/O'SULLIVAN

GREAT AMERICAN INSURANCE
COMPANY, a foreign corporation,
    Plaintiff,
v.

GENERAL CONTRACTORS &
CONSTRUCTION MANAGEMENT,
INC., a Florida corporation, AKRAM
NIROOMAND-RAD and KAMRAN
GHOVANLOO,
    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on Great American Insurance Company's Motion to Compel Production of Documents (DE # 82, 2/26/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that Great American Insurance Company's Motion to Compel Production of Documents (DE # 82, 2/26/08) is GRANTED. On or before April 1, 2008, the defendant shall respond to the plaintiff's discovery requests.

DONE AND ORDERED, in Chambers, at Miami, Florida this **25th** day of March, 2008.

                JOHN J. O'SULLIVAN
                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. District Judge Ungaro
All counsel of record