UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-21489-CIV-UNGARO/SIMONTON

GREAT AMERICAN INSURANCE
COMPANY,

    Plaintiff,

v.

GENERAL CONTRACTORS &
CONSTRUCTION MANAGEMENT,
INC., et al.,

    Defendants.
_____/

**ORDER GRANTING, BY DEFAULT, PLAINTIFF'S MOTION**
**TO COMPEL RESPONSES TO INTERROGATORIES**

    Presently pending before the Court is Plaintiff Great American Insurance Company's Motion To Compel Responses To Interrogatories (DE # 90).  This motion is referred to the undersigned Magistrate Judge (DE ## 93, 95, 96, 98).

    In its motion, Plaintiff states that Defendant Kamran Ghovanloo has completely failed to respond to Plaintiff's First Set of Interrogatories, due by extension on March 20, 2008.  Plaintiff therefore asks this Court to enter an order: 1) compelling Defendant Kamran Ghovanloo to fully and completely respond to Plaintiff's First Set of Interrogatories; 2) extending the April 11, 2008 deadline for Plaintiff to take the depositions of the parties in the instant action to allow for the review and analysis of Defendants' discovery responses prior to such depositions; 3) sanctioning Defendant Ghovanloo for his contumacious disregard and failure to comply with the applicable Federal Rules of Civil Procedure[1]; and 4) to award Plaintiff its reasonable attorneys' fees

---

[1] Plaintiff has filed a separate motion for sanctions against Defendants Ghovanloo and General Contractors & Construction Management, Inc. (DE # 94).

and costs incurred in connection with the prosecution of this motion, pursuant to Fed.R.Civ.P. 37(a)(4)(A) (DE # 90 at 5-6). Defendant Ghovanloo has not filed a response, and the last day to timely file a response to the motion was April 10, 2008.

Therefore, pursuant to Local Rule 7.1 C., it is hereby

**ORDERED AND ADJUDGED** that Great American Insurance Company's Motion To Compel Responses To Interrogatories (DE # 90), is **GRANTED in part by default**. On or before April 18, 2008, Defendant Kamran Ghovanloo must provide Plaintiff with responses to Plaintiff's First Set of Interrogatories. The undersigned will not extend the District Court's discovery deadlines. Plaintiff must file a further motion to request that relief. *See* DE # 85. It is further

**ORDERED AND ADJUDGED** that Plaintiff's requests for sanctions, made pursuant to Fed.R.Civ.P. 37(a)(4)(A) and pursuant to the general provisions of the Federal Rules of Civil Procedure (DE # 90), is **DENIED without prejudice to renew** if Defendant Ghovanloo does not comply with this Order.

**DONE AND ORDERED** in chambers in Miami, Florida on April 11, 2008.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Ursula Ungaro,
    United States District Judge
All counsel of record