UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21489-CIV-UNGARO

GREAT AMERICAN INSURANCE
COMPANY,

    Plaintiff,

vs.

GENERAL CONTRACTORS &
CONSTRUCTION MANAGEMENT,
INC., et al.,

    Defendants.
_____/

**DEFAULT FINAL JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Final Judgment, filed April 21, 2008 (D.E. 112).

THIS COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. The Court notes that the Clerk of the Court entered default against Defendant General Contractors and Construction Management, Inc., on April 21, 2008. Accordingly, it is hereby

ORDERED and ADJUDGED that the Motion (D.E. 112) is GRANTED and the Default entered by the Clerk of the Court against Defendant General Contractors and Construction Management, Inc., in this matter is APPROVED AND RATIFIED. It is further

ORDERED AND ADJUDGED as follows:

(1) Plaintiff, Great American Insurance Company, whose address is c/o Mr. Doug Bowen, Great American Insurance Group, 14315 Jarrettsville Pike, Suite 102, Phoenix, MD 21131 is hereby GRANTED a DEFAULT FINAL JUDGMENT against Defendant General Contractors and Construction Management, Inc., whose last known address is c/o Kamran Ghovanloo, 1717 N. Bayshore Drive, Suite 3139, Miami, Florida 33132.

(2) Plaintiff, Great American Insurance Company, shall have and recover from Defendant General Contractors and Construction Management, Inc., the sum of $2,930,899.97, representing the amount by which said Defendant is obligated to exonerate Plaintiff for its losses incurred to

date by reason of having furnished and executed the subject performance and payment bonds. The total sum due Plaintiff as set forth herein shall bear interest from the date of this Default Final Judgment at the applicable statutory rate.

(3) Defendant General Contractors and Construction Management, Inc., SHALL post the sum of $75,000 with Plaintiff to act as satisfactory collateral to cover Plaintiff's potential liability or losses to E.V. Construction, Inc. under the subject payment bond.  Such amounts shall be held by Plaintiff subject to the Court's entry of a further judgment in accordance with paragraphs 4 and 5 hereof.

(4) Plaintiff, Great American Insurance Company, is entitled to recover from Defendant General Contractors and Construction Management, Inc., any and all additional losses, costs and/or expenses incurred by Plaintiff (exceeding the $2,930,899.97 awarded under paragraph 2 hereunder) by reason of having furnished the subject performance and payment bonds.  Such amounts shall be determined by the Court at a later date in accordance with paragraph 5 hereof.

(5) The Court retains jurisdiction over the subject matter and the parties hereto for the purpose of entering such further orders and judgments as may be necessary and proper, including, but not limited to, judgments on Plaintiff's entitlement to recover interest, and additional losses, expenses, costs, and attorneys' fees that may have arisen and/or arise as a result of having issued the Bonds, on the amount of such additional losses, costs, and/or expenses due from Defendant General Contractors and Construction Management, Inc., to Plaintiff pursuant to paragraph 4 hereof, and orders and judgments for Plaintiff's execution activities.

FOR ALL OF WHICH SUMS LET EXECUTION ISSUE.

DONE AND ORDERED in Chambers at Miami, Florida, this 22d day of April, 2008.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record