**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 07-21489-CIV-UNGARO

GREAT AMERICAN INSURANCE
COMPANY, a foreign corporation,
     Plaintiff,

vs.

GENERAL CONTRACTORS &
CONSTRUCTION MANAGEMENT, INC.,
a Florida corporation, AKRAM
NIROOMAND-RAD and KAMRAN
GHOVANLOO,
     Defendants.

_____/

GREAT AMERICAN INSURANCE
COMPANY, a foreign corporation

     Garnishor,

vs.

WACHOVIA BANK, N.A.,

     Garnishee.

_____/

### ORDER GRANTING MOTION TO DISSOLVE WRIT OF GARNISHMENT AS TO KAMRAN GHOVANLOO

THIS CAUSE is before the Court upon the Motion of Ronald Weil PA Trustee, to Dissolve Writ of Garnishment, filed July 16, 2008.  (D.E. 172.)  Plaintiff/Judgment Creditor Great American Insurance Company filed its Notice of Non-Objection to the Motion on July 18, 2008.  (D.E. 173.)

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion of Ronald Weil PA Trustee, to Dissolve Writ of Garnishment is GRANTED.  The Writ is DISSOLVED as to Defendant Kamran Ghovanloo.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of July, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record