UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21489-CIV-UNGARO

GREAT AMERICAN INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

v.

GENERAL CONTRACTORS &
CONSTRUCTION MANAGEMENT, INC.,
et al.,

    Defendants.

_____/

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF AFFIRMATION OF FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Affirmation of Final Judgment Against Niroomand-Rad and General Contractors & Construction Management, Inc., filed on July 28, 2008 (D.E. 178).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. In its Motion, Plaintiff requests that the Court correct and affirm the Final Judgment that the Court entered on May 30, 2008. The Federal rules of civil Procedure do not provide for "affirmation" of a final judgment. However, given that Defendant Ghovanloo has filed for bankruptcy, the Court accepts that it would not longer be equitable for Plaintiff to seek to satisfy its judgment against Defendant Ghovanloo in light of the current bankruptcy proceedings. According to the Federal Rules of Civil Procedure, the Court may relieve a party from a final judgment if it is no longer equitable that the judgment should have prospective application. Fed. R. Civ. P. 60(b)(5). It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 178) is DENIED IN PART. It is further

ORDERED AND ADJUDGED that the Final Judgment (D.E. 139) is SET ASIDE.  The Court shall issue a revised Final Judgment, taking into account Plaintiff's requested changes, by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of July, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record