UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21489-CIV-UNGARO

GREAT AMERICAN INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

v.

GENERAL CONTRACTORS &
CONSTRUCTION MANAGEMENT, INC.,
et al.,

    Defendants.

_____/

### AMENDED FINAL JUDGMENT

On Thursday, May 29, 2008, the Court granted, in part, Plaintiff's Motion for Final Summary Judgment. The Court entered Final Judgment against all Defendants on May 30, 2008 (D.E. 139). However, on July 28, 2008, Plaintiff moved the Court to amend the Final Judgment because Plaintiff learned that Defendant Kamran Ghovanloo had filed for bankruptcy prior to the Court's entry of Final Judgment. Thus, in accordance with Rule 58 of the Federal Rules of Civil Procedure and the Court's Order granting Plaintiff's Motion, it is hereby ORDERED and ADJUDGED:

    1.    Judgment is hereby entered in favor of the Plaintiff, GREAT AMERICAN INSURANCE COMPANY, whose last known address is 14315 Jarrettsville Pike, Suite 102, Phoenix, MD 21131, jointly and severally against the Defendants, GENERAL CONTRACTORS & CONSTRUCTION MANAGEMENT, INC., whose last known address is 1717 N. Bayshore Drive, Suite 3139, Miami, Florida 33132, and AKRAM NIROOMAND-RAD, whose last known address is 7390 S.W. 116 Terrace, Miami, Florida.

    2.    Plaintiff, GREAT AMERICAN INSURANCE COMPANY, shall have and

recover, jointly and severally from the Defendants, GENERAL CONTRACTORS & CONSTRUCTION MANAGEMENT, INC., and AKRAM NIROOMAND-RAD, the sum of **$2,930,899.97**, representing the amount by which said Defendants are obligated to exonerate and indemnify Plaintiff for its losses incurred and paid through April 8, 2008, by reason of having furnished and executed the subject performance and payment bonds.  The total sum due Plaintiff as set forth herein shall bear interest from May 30, 2008 at the applicable statutory rate.

3. It is further ordered and adjudged that within twenty (20) days from the date of this Judgment, the Defendants, GENERAL CONTRACTORS & CONSTRUCTION MANAGEMENT, INC., and AKRAM NIROOMAND-RAD, shall jointly and severally post collateral in the amount of $75,000.00, to secure Plaintiff against potential liability on the claim of E.V. Construction, Inc.

4. The Court reserves jurisdiction to determine Plaintiff's interest, costs and attorneys' fees, the entitlement to which is hereby established.

5. The entry of this Judgment is without prejudice to Plaintiff's rights to pursue further claims against the Defendants for additional losses, costs and/or expenses incurred and paid by Plaintiff subsequent to April 8, 2008, by reason of having furnished and executed the subject performance and payment bonds.

**FOR ALL OF WHICH SUMS LET EXECUTION ISSUE.**

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of July, 2008.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record