UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21489-CIV-UNGARO/SIMONTON

GREAT AMERICAN INSURANCE
COMPANY,

    Plaintiff,

v.

GENERAL CONTRACTORS &
CONSTRUCTION MANAGEMENT,
INC., et al.,

    Defendants.
_____/

### ORDER GRANTING IN PART, BY DEFAULT, PLAINTIFF'S MOTION TO COMPEL AGAINST AKRAM DEVELOPMENT, LLC

    Presently before the Court is Plaintiff Great American Insurance Company's Motion To Compel Against Akram Development, LLC (hereafter Akram Development) (DE # 193). This motion is referred to the undersigned Magistrate Judge (DE # 197).

    In its motion, Plaintiff states that Akram Development has failed to produce the documents which Plaintiff has subpoenaed, returnable August 22, 2008. Plaintiff further states that Defendant Niroomand-Rad is the sole Managing Agent of Akram Development. Plaintiff therefore asks this Court to enter an order: 1) compelling Akram Development to provide all documents responsive to Plaintiff's subpoena and 2) to award Plaintiff its reasonable attorneys' fees and costs incurred in connection with the prosecution of this motion, pursuant to Fed.R.Civ.P. 37(a)(4)(A) (DE # 193 at 5). Akram Development has not filed a response in opposition to the motion, and the last day to timely file a response to the motion was September 12, 2008.

    Therefore, pursuant to Local Rule 7.1 C., it is hereby

**ORDERED AND ADJUDGED** that Plaintiff Great American Insurance Company's Motion To Compel Against Akram Development, LLC (DE # 193), is **GRANTED by default**. On or before October 6, 2008, Akram Development must provide Plaintiff with the documents responsive to Plaintiff's subpoena. It is further

**ORDERED AND ADJUDGED** that Plaintiff's request for sanctions, made pursuant to Fed.R.Civ.P. 37(a)(4)(A) (DE # 193), is **DENIED without prejudice to renew** if Akram Development, LLC does not comply with this Order.

**DONE AND ORDERED** in chambers in Miami, Florida on September 24, 2008.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Ursula Ungaro,
   United States District Judge
All counsel of record